# United States District Court
## Eastern District of Michigan

| | |
|---|---|
| United States of America | **JUDGMENT IN A CRIMINAL CASE** |
| V. | |
| MAYCE EDWARD CHRISTOPHER WEBBER, III | Case Number: 02CR80813-1 |
| | USM Number: 30844-039 |



Steven Fishman
Defendant's Attorney

FILED

SEP 15 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**THE DEFENDANT:**

Pleaded guilty to count(s):   **1 of Second Superseding Information**.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 401 | CRIMINAL CONTEMPT Misdemeanor | 8/2/2000 | 1 of 2nd SS Information |

The defendant is sentenced as provided in pages **2 through 3** of this judgment.  This sentence is imposed pursuant of the Sentencing Reform Act of 1984

Count(s):   **all remaining counts**   are  dismissed on the motion of the United States after a plea of not guilty.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 31, 2005
Date of Imposition of Judgment

*Nancy Edmunds*

Nancy G Edmunds
United States District Judge

SEP 15 2005

Date Signed

FILED

SEP 15 2005

CLERK'S OFFICE
DETROIT

Judgment-Page 2 of 3

DEFENDANT:  MAYCE EDWARD CHRISTOPHER WEBBER, III
CASE NUMBER:  02CR80813-1

## CRIMINAL MONETARY PENALTIES

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS:** | $ 25.00 | $ 100000.00 | $ 0.00 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **TOTALS:** | $ 0.00 | $ 0.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment-Page 3 of 3

DEFENDANT:  MAYCE EDWARD CHRISTOPHER WEBBER, III
CASE NUMBER:  02CR80813-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:
Lump sum payment of **$100000.00** due immediately.

Special instructions regarding the payment of criminal monetary penalties:  **paid in full**

Unless the court has expressly ordered otherwise in the special instructions above, while in custody, the defendant shall participate in the Inmate Financial Responsibility Program.  The Court is aware of the requirements of the program and approves of the payment schedule of this program and hereby orders the defendant's compliance.  All criminal monetary penalty payments are to be made to the Clerk of the Court, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.